**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

25 Cr. 562 (RMB)

**ORDER**

ANTHONY TEPEDINO,

Defendant.

The Court has received the Government's submission, dated January 6, 2026, with authorities requesting that the Court conduct a *Curcio* hearing. The defense is requested to file a written response with authorities no later than 12:00 p.m. on Friday, January 9, 2026.

SO ORDERED.

Date: January 8, 2026
New York, New York

_____
RICHARD M. BERMAN, U.S.D.J.