**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ANTHONY TEPEDINO,

Defendant.

25 Cr. 562 (RMB)

**ORDER**

The hearing scheduled for Monday January 12, 2026 at 11:00 a.m. is adjourned to

Monday January 12, 2026 at 3:00 p.m. in courtroom 17B.

SO ORDERED.

Date: January 9, 2026
New York, New York

**RICHARD M. BERMAN, U.S.D.J.**