**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ANTHONY TEPEDINO,
                                        Defendant.

25 Cr. 562 (RMB)

**ORDER**

This afternoon, January 20, 2026, the Court conducted a *Curcio* hearing regarding any potential conflicts of interest presented by defense counsel Kevin Marino and his law firm's concurrent representation of Defendant Anthony Tepedino, on the one hand, and Allstate Sales Group Inc. ("ASG"), several entities related to ASG, and the former CFO of ASG ("CFO"), on the other hand. The hearing proceeded in accordance with *United States v. Perez*, 325 F.3d 115, 119 (2d Cir. 2003).

For the reasons stated on the record of the *Curcio* hearing and prior written submissions, the Court hereby finds that (i) any potential conflicts of interest were waivable; and (ii) Defendant Anthony Tepedino has made "knowing and intelligent" waivers of any potential conflicts of interest presented by defense counsel Kevin Marino and his firm's concurrent representation of Defendant Anthony Tepedino and Allstate Sales Group Inc. ("ASG"), several entities related to ASG, and the former CFO of ASG. *United States v. Curcio*, 680 F.2d 881, 890 (2d Cir. 1982).

Date:   January 20, 2026
New York, New York



**RICHARD M. BERMAN, U.S.D.J.**