# MARINO, TORTORELLA & BOYLE, P.C.

ATTORNEYS AT LAW

KEVIN H. MARINO
JOHN D. TORTORELLA
JOHN A. BOYLE
EREZ J. DAVY
————
MICHAEL J. FLYNN

437 SOUTHERN BOULEVARD
CHATHAM, NEW JERSEY 07928-1488
TELEPHONE (973) 824-9300
FAX (973) 824-8425
www.khmarino.com

875 THIRD AVENUE, 21ST FLOOR
NEW YORK, NEW YORK 10022
TELEPHONE (212) 864-7200
e-mail: kmarino@khmarino.com

March 6, 2026



**VIA ECF**

Honorable Richard M. Berman, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

*Re: United States v. Tepedino, 25 Cr. 562 (RMB)*

Dear Judge Berman:

On behalf of Anthony Tepedino, please accept this letter in lieu of a more formal motion for permission to file his forthcoming motions *in limine* under seal.

In keeping with the parties' agreed schedule, Mr. Tepedino is preparing to file his motions *in limine* today. Because the motions refer to persons whose names the Government has indicated should be sealed, we respectfully request authorization to (i) submit an unredacted copy of the motions to Chambers by e-mail and (ii) file a redacted version of the motion papers publicly.

We note that the proposed protective order the parties submitted to the Court following the initial conference on December 18, 2025, would authorize filing such documents under seal, but the docket does not reflect that the Court has entered that order. Accordingly, if this request meets with the Court's approval, we respectfully request that the Court grant us permission to submit unredacted copies of Mr. Tepedino's motions under seal and publicly file redacted copies.

Thank you for your consideration of this request.

Respectfully submitted,

Kevin H. Marino

cc: All counsel of record

> Application granted.
>
> SO ORDERED:
> Date: 3/6/2026
> Richard M. Berman, U.S.D.J.