**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ANTHONY TEPEDINO,

Defendant.

25 Cr. 562 (RMB)

**ORDER**

Having reviewed, among other things, the Government's pretrial deadlines letter motion

dated March 3, 2026 and the Defendant's response letter dated March 5, 2026, the Court orders

the following pretrial deadlines:

**Deadlines**

| | |
|---|---|
| February 13, 2026 | The Government provides notice to the Defendant of experts to be called by the Government during its case-in-chief, consistent with Federal Rule of Criminal Procedure 16. |
| February 19, 2026 | The Government provides notice to the Defendant of evidence it may seek to offer pursuant to Federal Rule of Evidence 404(b), consistent with Rule 16. |
| March 5, 2026 | The Defendant provides notice to the Government of any affirmative defenses, consistent with Rule 12.1–12.3. |
| March 6, 2026 | The parties file motions *in limine*.[1] |
| March 13, 2026 | The Government responds to the Defendant's motions *in limine*. |
| March 15, 2026 | The Defendant provides notice of experts to be called during the Defendant's case-in-chief, consistent with Rule 16. |
| | The Defendant provides notice to the Government of any rebuttal experts to be called in response to the Government's expert disclosure. |
| March 16, 2026 | The Defendant responds to the Government's motions *in limine*. |
| March 17, 2026 | The Government provides material covered by 18 U.S.C. § 3500 and *Giglio v. United States*, 405 U.S. 150 (1972) to the Defendant, to the extent it was not previously produced. |

---

[1] Any submissions to the Court that are made pursuant to these deadlines shall be made no later than 5:00 PM.

1

**Deadlines**

| | |
|---|---|
| March 19, 2026 | Final pretrial conference (10 AM in courtroom 17B). |

March 20, 2026      The parties submit joint pretrial filings (Jury Instructions, Voir Dire, and Verdict Sheet) to the Court.

March 31, 2026      The Government provides a list of witnesses whom it reasonably expects to call in its case-in-chief (along with proffers of witness testimony if not adequately set forth in the Government's 18 U.S.C. § 3500 material or otherwise) to the Defendant.[2]

The Government provides a list of exhibits it reasonably expects to seek to introduce during its case-in-chief to the Defendant. The exhibit list will be subject to good-faith revision as the Government continues to prepare its case for trial.

April 7, 2026      The Defendant provides a list of non-impeachment exhibits that the Defendant reasonably expects to seek to introduce during the Government's case-in-chief to the Government. The exhibit list will be subject to good-faith revision.

The Government provides notice consistent of Rule 16 to the Defendant of any rebuttal experts potentially to be called in response to the Defendant's expert disclosures.

April 10, 2026      The Defendant provides a list of witnesses whom the Defendant reasonably expects to call in his case-in-chief to the Government.

The Defendant provides a list of non-impeachment exhibits he reasonably expects to seek to introduce during his case-in-chief to the Government, subject to good-faith revision.

The Defendant provides material covered by Rule 16(b)(1)(A)–(B) and Rule 26.2 to the Government, subject to good faith revision.

April 13, 2026      The parties exchange any visuals or slides to be used in opening statements and also submit them to the Court.

Date:  March 10, 2026
New York, New York

_RICHARD M. BERMAN, U.S.D.J._

---

[2] **During the trial, each party shall provide 2 days advance notice of any witnesses being called (and of any exhibits being offered). Any objections must be presented to the opposing party and the Court.**