**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :

                   Government,        :        25 Cr. 562 (RMB)

    - against -                              :        **ORDER**

ANTHONY TEPEDINO,                              :

                  Defendant.       :
------------------------------------------------------------------x

The pretrial conference previously scheduled for March 19, 2026 at 10:00 AM is

adjourned.  A new date will be forthcoming.

Dated: March 17, 2026
      New York, NY

 

_____
**RICHARD M. BERMAN**
**U.S.D.J.**