**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

ANTHONY TEPEDINO,

Defendant.

25 Cr. 562 (RMB)

**ORDER**

Having considered the Defendant's adjournment request dated March 16, 2026 [Dkt. No. 51], the trial previously scheduled for April 14, 2026 is adjourned until September 28, 2026 at the earliest.

Date:   April 2, 2026
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**