**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 7, 2026

**BY ECF**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

# MEMO ENDORSED

Re:     *United States v. Anthony Tepedino*, S1 25 Cr. 562 (RMB)

Dear Judge Berman:

The Government writes, with the consent of the defendant, to respectfully request that the Court disregard the Government's letter of April 1, 2026 requesting that the Court enter an order excluding time until April 15, 2026 (*see* Dkt. 64), and, instead, enter an order excluding time until September 28, 2026, the date that the Court has indicated is the earliest possible trial date in this matter (*see* Dkt. 65). We make this application, with the consent of the defendant, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the defendant time to continue to review Rule 16 discovery, for the Government to produce additional Rule 16 discovery, and for the parties to continue to prepare for trial.

Application granted.

SO ORDERED:
Date: 4/7/26
Richard M. Berman, U.S.D.J.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    /s/
       David R. Felton
       Jessica Greenwood
       Matthew J. King
       Assistant United States Attorneys
       (212) 637-2299/1090/2384

cc: Counsel of Record (by ECF)