**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 25 Cr. 562 (RMB)

- against - : **ORDER**

ANTHONY TEPEDINO, :

Defendant. :

---------------------------------------------------------------x

The Court will hold a pretrial conference on November 12, 2026 at 10:00 A.M. in Courtroom 17B.

Dated: October 30, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**