**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 25 CR. 562 (RMB)

- against - : **ORDER**

ANTHONY TEPEDINO, :

Defendant. :

-------------------------------------------------------------x

The pretrial conference scheduled for Thursday, November 12, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: November 4, 2026
New York, NY

RICHARD M. BERMAN
U.S.D.J.